[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 2, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-10610
Non-Argument Calendar

_____

D. C. Docket No. 05-00037-CR-BAE-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EARL TYRONE PITTMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(December 2, 2008)**

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Jerry N. Cadle, appointed counsel for Earl Tyrone Pittman in this direct criminal appeal, moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). This court denied that motion and required counsel to supplement the record with transcripts and either renew his motion under Anders or file a merits brief. Appellant has moved for permission to file a pro se brief, which the court hereby grants.

We have now carefully reviewed the supplemental record material, appellant's pro se brief, and counsel's renewed motion to withdraw for want of arguable appellate issues.

Our review confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is GRANTED, and Pittman's conviction and sentence are AFFIRMED.